USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

STEVEN HOLTZ, ISRAEL PELLOT, AND
ALTON SCOTT,

Defendants.

25-cr-580 (MKV)

<u>SCHEDULING ORDER</u>

MARY KAY VYSKOCIL, United States District Judge:

The Court held the arraignment of Defendant Alton Scott and an initial conference as to all Defendants in this case on January 14, 2026.  At the conference, Ronald White, Esq., counsel for Mr. Scott, advised that he is representing Mr. Scott only for purposes of his arraignment and the initial conference and that Mr. Scott will retain new counsel for this case moving forward.

As the Court stated on the record at the conference, IT IS HEREBY ORDERED that once Defendant Scott retains counsel, which Mr. Scott indicated he intends to do by the end of the week, such counsel shall promptly file a notice of appearance on the docket in this case.

IT IS FURTHER ORDERED that any motion alleging a conflict or seeking any relief with respect to the facts the Court disclosed regarding its professional familiarity with Larry Krantz, counsel for Defendant Pellot, shall be filed on the docket on or before January 16, 2026.

IT IS FURTHER ORDERED that all discovery shall be produced on or before March 1, 2026.

IT IS FURTHER ORDERED that, if any Defendant intends to file motions, they shall be filed on or before May 15, 2026.

IT IS FURTHER ORDERED that the parties shall appear for a status conference on April 14, 2026 at 10:30 AM.  The parties shall file a joint status report advising the court as to the status of the case and whether any motions shall be filed on or before April 7, 2026.

IT IS FURTHER ORDERED that, on the consent of the parties, all time is excluded from the date of this Order until April 14, 2026 under the Speedy Trial Act.  For the reasons stated on the record at the conference, the Court finds that the end of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial.

IT IS FURTHER ORDERED that trial is scheduled for November 16, 2026.  Trial in this case will last no longer than one week.

Defendants are on notice that none of the above dates will be modified should they decide to change counsel.  It is crucial that should Defendants decide to change counsel they do so in a timely manner.

**SO ORDERED.**

**Date:  January 14, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

2