UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA
                                     :   1:25-CR-580-MKV-1
    -against-                        :   ORDER
                                     :
Steven Holtz
                                     :
Defendant
                                     :
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2026

Mary Kay Vyskocil, United States District Judge:

It is hereby ORDERED, on consent, that the defendant's bail be

modified to include the following condition: substance abuse

testing and treatment as directed by Pretrial Services.


Dated: February 11,2026 New York, New York

                    SO ORDERED:

                    _____
                    Mary Kay Vyskocil
                    United States District Judge