USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

     - v. -      :

STEVEN HOLTZ,      :
ISRAEL PELLOT, and
ALTON SCOTT,      :

       Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER TO DISCLOSE
TAX RETURN INFORMATION

25 Cr. 580 (MKV)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Matthew Weinberg and Special Assistant United States Attorney Jorge Almonte, dated February 17, 2026, it is hereby ORDERED that the United States of America may disclose federal tax returns and return information to the named defendants and their respective counsel as necessary to comply with discovery obligations in this case.

SO ORDERED:

February 19, 2026

_____
THE HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK