USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

STEVEN HOLTZ, ISRAEL PELLOT, AND
ALTON SCOTT,

                              Defendants.

25-cr-580 (MKV)

SCHEDULING ORDER #3

MARY KAY VYSKOCIL, United States District Judge:

On May 18, 2026, the Court held a status conference in this matter.

As discussed on the record, IT IS HEREBY ORDERED that: pursuant to the Order dated April 8, 2026 [ECF No. 61], Defendants shall file their pretrial motions by **June 15, 2026**.  Any opposition papers are due on or before **July 15**, **2026**.  Any reply papers are due on or before **July 29, 2026**.

IT IS FURTHER ORDERED that the parties shall appear for a conference in Courtroom 18C on **August 12, 2026 at 11:00 AM**.

IT IS FURTHER ORDERED that any motions in *limine* are due on or before **September 28, 2026**.  Any opposition papers are due on or before **October 12, 2026**.  Any reply papers are due on or before **October 19, 2026**.

IT IS FURTHER ORDERD that joint proposed *voir dire*, jury instructions, and verdict forms, as described in the Court's Individual Rules of Practice in Criminal Cases, are due on or before **October 19, 2026**.

IT IS FURTHER ORDERED that the parties shall appear for a Preliminary Pretrial Conference in Courtroom 18C on **October 29, 2026 at 2:00 PM**.  A Final Pretrial Conference, if needed, will take place on **November 9, 2026 at 11:00 AM.**

IT IS FURTHER ORDERED that, on the consent of the parties and for the reasons stated on the record at the May 18, 2026 status conference, all time is excluded from the date of this Order until

November 16, 2026 under the Speedy Trial Act.   The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial because an exclusion will permit Defendants to complete their review of the voluminous discovery produced in this case, prepare any motions they believe appropriate, confer with the Government regarding potential pretrial resolutions, and prepare for trial.

**SO ORDERED.**

**Date:   May 19, 2026**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

2