**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2026

October 2, 2026

**BY ECF AND EMAIL**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
New York, New York 10007

**Re: *United States v. Steven Holtz et al,* 25 Cr. 580 (MKV)**

Dear Judge Vyskocil:

The Government writes respectfully to inform the Court, as it has by email, that counsel for each of the three defendants in this matter has indicated that their clients have accepted the Government's plea offers and each intends to plead guilty and to request a short adjournment of the Government's deadline to file any motions *in limine*. Mr. Scott pled guilty today before Judge Figueredo and we anticipate that Mr. Holtz and Mr. Pellot will plead guilty before Judge Ricardo on Monday. In light of Mr. Holtz's and Mr. Pellot's expected pleas on Monday, the Government understands that neither defendant intends to file any motions *in limine* on Monday.

Accordingly, because all three defendants are anticipated to have pled guilty by the end of the day on Monday, in an abundance of caution, the Government respectfully requests that the Court extend the time for the Government to file its motions *in limine* to Friday, October 9, 2026. The Court has granted one prior consent request to adjourn the motions *in limine* deadline. This brief extension preserves judicial and Government resources as it is anticipated all defendants will have pled guilty by Monday. The defendants do not object. The Government is available if the Court has any questions and will submit transcripts of each plea proceeding promptly upon receipt from the court reporters. Thank you for the Court's consideration.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________________
Matthew Weinberg
Brandon D. Harper
Assistant United States Attorneys
(212) 637-2386/2209
Jorge Almonte
Special Assistant United States Attorney

CC: All Counsel (via Email and ECF)

The Government's request is granted in part. The Government's deadline to file its motions *in limine* is extended to October 6, 2026.

The Government is also reminded to provide the Court with executed copies of the plea agreements for each Defendant.

SO ORDERED.

Date: 10/2/2026
New York, New York

Mary Kay Vyskocil

Mary Kay Vyskocil
United States District Judge