USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

STEVEN HOLTZ,

Defendant.

**ORDER**

25 Cr. 580 (MKV)

WHEREAS, with the consent of defendant Steven Holtz, the defendant's guilty plea allocution was taken before United States Magistrate Judge Henry J. Ricardo on October 5, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for: **February 24, 2027 at 10:30AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.**

**SO ORDERED.**

Dated: New York, New York
November 23, 2026

Mary Kay Vyskocil
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK